IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CLARK BAKER and THE OFFICE OF MEDICAL & SCIENTIFIC JUSTICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERY TODD DESHONG, <br><br> Defendant. | Case No.: 4:13-CV-00552-C |

**DEFENDANT JEFFERY TODD DESHONG'S NOTICE OF NON-OPPOSITION
TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Defendant J. Todd DeShong does not oppose Plaintiffs' Motion for Leave to File First Amended Complaint. Dkt. No. 11. At the time of the mandatory meet and confer, defendant opposed the motion because plaintiffs had not provided a copy of the proposed amended complaint or informed defendant of its contents. Having now reviewed the proposed First Amended Complaint, defendant withdraws his objection to its filing and consents to the Court hearing the pending motions to dismiss based on the Amended Pleading.

Respectfully submitted,

Dated: *September 26, 2013*

*/s/ D. Gill Sperlein*
D. Gill Sperlein (CA Bar No. 172887)
(Admission to N.D. TX pending)
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94102
phone: 415-404-6615
e-mail: gill@sperleinlaw.com

Attorneys for Defendant J. Todd DeShong

1

*Certificate of Service*

On September 25, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

       */s/ D. Gill Sperlein*
D. Gill Sperlein
CA Bar No. 172887
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco CA  94012
E-mail: gill@sperleinlaw.com
Telephone:  415-404-6615
Fax:  415-404-6615