IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CLARK BAKER and OFFICE OF MEDICAL & SCIENTIFIC JUSTICE, INC., <br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY[1] TODD DESHONG,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:13-CV-552-C |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims by Plaintiffs, Clark Baker and The Office of Medical & Scientific Justice, Inc., against Defendant, Jeffery Todd DeShong, arising under the Lanham Act are **DISMISSED WITH PREJUDICE**; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' state-law trademark and defamation claims are **DISMISSED WITHOUT PREJUDICE**.

Dated this 26th day of June 2014.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1] Also spelled as "Jeffery" in documents filed by Plaintiffs.